# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

UNITED STATES OF AMERICA,

    v.

                                    CASE NO.: CR513-006

DERECK JEROME BROWN,
  a/k/a Detrick Brown,
  a/k/a Black

## ORDER

After an independent review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

Defendant's Motion to Suppress is **DENIED**.

**SO ORDERED**, this __14__ day of _____June_____, 2013.


_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA